JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CJ PRODUCTS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>PET NAP PALS, LLC, a New York Limited Liability Company, et al.,<br><br>Defendants. | Case No.:  CV10-03022 DMG (MANx)<br><br>**ORDER OF  DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [54]** |

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, Plaintiff CJ PRODUCTS, LLC ("Plaintiff") and Defendants PET NAP PAL, LLC and HASAN OZALP ("Defendants") have stipulated and agreed to a dismissal, with prejudice, of the action filed by Plaintiff against Defendants on April 22, 2010.

//

//

- 1 -

Therefore, based upon the Court's review of this stipulation, IT IS HEREBY ORDERED that the action is dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: April 15, 2011

_____
HON. DOLLY M. GEE
United States District Judge